FILED

00 JAN 31 PM 1: 41

RICH: ... W. WILL ... G
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL A AARON | ) |
| | ) **C-08-00187 WHA** |
| Plaintiff, | ) CASE NO. _____ |
| | ) |
| vs. | ) **PRISONER'S** |
| | ) **APPLICATION TO PROCEED** |
| Robert . Sillen, Et. al., | ) **IN FORMA PAUPERIS** |
| | ) |
| Defendant. | ) |

I, **michael a. aaron**____, declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.      Business, Profession or                              Yes ____ No ✓

10              self employment

11      b.      Income from stocks, bonds,                       Yes ____ No ✓

12              or royalties?

13      c.      Rent payments?                                       Yes ____ No ✓

14      d.      Pensions, annuities, or                              Yes ____ No ✓

15              life insurance payments?

16      e.      Federal or State welfare payments,            Yes ____ No ✓

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                                       Yes ____ No ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.      List amount you contribute to your spouse's support:$ _____

1        b.     List the persons other than your spouse who are dependent upon you for

2               support and indicate how much you contribute toward their support. (NOTE:

3               For minor children, list only their initials and ages. DO NOT INCLUDE

4               THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?      Yes ____ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?        Yes ____ No ✓

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $_____

12   Monthly Payment: $_____

13   7.    Do you have a bank account? Yes _____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $_____

17   Do you own any cash? Yes ____ No ✓ Amount: $_____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ____ No ✓

20   _____

21   8.    What are your monthly expenses?

22   Rent: $_____ Utilities: _____

23   Food: $_____ Clothing: _____

24   Charge Accounts:

25   Name of Account        Monthly Payment        Total Owed on This Acct.

26   _____ $_____ $_____

27   _____ $_____ $_____

28   _____ $_____ $_____

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable.  Do not include account numbers.)

3    _____

4    _____

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?   Yes ____ No ____

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _____

10    _____

11          I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13          I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    __1-28-08__                    _Michael and aur_

17          DATE                              SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

FILED

08 JAN 31 PM 1:41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST.

Case Number: C-08-00187WHA

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account
C B0246
statement showing transactions of **MICHAEL ANTHONY AARON** for the last six months
_Son Quentin State Prison_        where (s)he is confined.
[name of institution]
[prisoner name]

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ __98.66__ and the average balance in the prisoner's

account each month for the most recent 6-month period was $ __98.66__ .

Dated: 1-25-08

_____
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                          REPORT DATE: 01/25/08
                                                       PAGE NO:      1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                      SAN QUENTIN PRISON
                INMATE TRUST ACCOUNTING SYSTEM.
                INMATE TRUST ACCOUNT STATEMENT

          FOR THE PERIOD: JUL. 25, 2007 THRU JAN. 25, 2008

ACCOUNT NUMBER : C80246                 BED/CELL NUMBER: N 2 00000000095L
ACCOUNT NAME   : AARON, MICHAEL ANTHONY     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS   BALANCE
```

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 07/25/2007 | | BEGINNING BALANCE | | | | | 0.90 |
| 08/04 | D554 | INMATE PAYROL | 0513JULY07 | | 56.00 | | 56.90 |
| 08/06 | W536 | COPAY CHARGE | 0535/COPAY | | | 5.00 | 51.90 |
| 08/13 | FRO1 | CANTEEN RETUR | 700608 | | | 0.25- | 52.15 |
| 08/13 | FCO1 | DRAW-FAC 1 | 0620/M2ND | | | 52.15 | 0.00 |
| 09/07 | D554 | INMATE PAYROL | 0909/AUG07 | | 56.00 | | 56.00 |
| 09/12 | W535 | DENTAL CHARGE | 0986/COPAY | | | 5.00 | 51.00 |
| 09/17 | FCO1 | DRAW-FAC 1 | 1088/MAIN2 | | | 51.00 | 0.00 |
| 10/05 | D554 | INMATE PAYROL | 1368SEPT07 | | 56.00 | | 56.00 |
| 10/10 | W450 | DONATION-VETE | 1419FDSALE | | | 51.00 | 5.00 |
| 10/15 | FRO1 | CANTEEN RETUR | 701491 | | | 0.40- | 5.40 |
| 11/05 | D340 | EFT DEPOSIT | 1787/J-PAY | | 50.00 | | 55.40 |
| 11/06 | D554 | INMATE PAYROL | 1824/OCT07 | | 56.00 | | 111.40 |
| 11/13 | FCO1 | DRAW-FAC 1 | 1944/M2&3 | | | 110.00 | 1.40 |
| 12/06 | D554 | INMATE PAYROL | 2245/NOV07 | | 56.00 | | 57.40 |
| 12/17 | FRO1 | CANTEEN RETUR | 702402 | | | 0.50- | 57.90 |
| 12/17 | FCO1 | DRAW-FAC 1 | 2407/M2ND | | | 56.00 | 1.90 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/08 | D554 | INMATE PAYROL | 2661/DEC07 | | 56.00 | | 57.90 |
| 01/14 | FRO1 | CANTEEN RETUR | 702763 | | | 0.30- | 58.20 |
| 01/14 | FCO1 | DRAW-FAC 1 | 2773/MAIN2 | | | 40.00 | 18.20 |
| 01/24 | D340 | EFT DEPOSIT | 2886/JPAY | | 150.00 | | 168.20 |

```
                        TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.90 | 536.00 | 368.70 | 168.20 | 0.00 | 0.00 |

| | | | | | CURRENT AVAILABLE BALANCE |
|---|---|---|---|---|---------------------------|
| | | | | | 168.20 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-25-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE