IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY AARON,

    Plaintiff,

v.

ROBERT SILLEN, Federal Receiver, and CALIFORNIA PRISON HEALTHCARE RECEIVERSHIP CORPORATION,

    Defendants.

No. C 08-0187 WHA (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. The complaint was dismissed for failure to state a claim in an order entered on October 7, 2008. The dismissal was with leave to amend within thirty days. Plaintiff was warned that if he did not amend the case would be dismissed. He has not amended.

This case is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\AARON0187.DSM.wpd